UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
COURAGE CAPITAL MANAGEMENT, LLC,  :
                                                                                     Plaintiff,:        **NOTICE OF DISMISSAL**
                                                                                      :        **PURUSANT TO FED.R.CIV.P.**
                                                     v.                        :        **41(a)(1)(A)(i)**
                                                                                       :        11-CV-3355 (WFK)(ETB)
COURAGE ASSET MANAGEMENT,       :
LLC,                                                                 :
                                                                        :
                                                 Defendants.
---------------------------------------------------------------- x

       **THE MATTER** in difference in the above-captioned action having been amicably adjusted by and between all parties, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Courage Capital Management, LLC herein dismisses the above-captioned action with prejudice.

**Dated:** New York, New York
            November 1, 2011

                                              **PHILLIPS NIZER, LLP**
                                                  Robert M. Adams, Esq.  (RA 1631)
                                                  666 Fifth Avenue
                                                  New York, New York 10103-0084
                                                  (212) 977-9700
                                                  Facsimile:  (212) 262-5152
                                                  *Attorneys for Plaintiff*
                                              COURAGE CAPITAL MANAGEMENT, LLC

                                            BY:   Robert M. Adams /s/_____
                                                      Robert M. Adams, Esq.

1158458.1